UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARCELLA GRAY,

    Plaintiff,

v.                                          Case No.  6:13-cv-182-Orl-28TBS

NY RECOVERY SERVICES, LLC,

    Defendant.
_____

## ORDER

Pending before the Court is Plaintiff's Motion for Leave to Conduct Limited Discovery Prior to the Appearance of All Parties.  (Doc. 7).  Plaintiff seeks leave of Court to serve a subpoena on Bandwidth.com in hopes of obtaining Defendant's physical address so that original process can be served on Defendant.  Upon due consideration, the motion is GRANTED.  Plaintiff is authorized to serve a subpoena for documents on Bandwidth.com for the sole purpose of obtaining Defendant's physical address.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on March 11, 2013.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel